

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BARBARA BASKIN, | § | No. 08-24-00325-CV |
| Appellant, | § | Appeal from the |
| v. | § | 394th Judicial District Court |
| PRESIDIO COUNTY, TEXAS | § | of Presidio County, Texas |
| Appellee. | § | (TC# 8244) |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF SEPTEMBER 2024.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox, and Soto, JJ.